**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 23-10211-JCM |
| | : | |
| **Eric Anthony Lynch and** | : | |
| **Lindsay Marie Lynch,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | |
| **Eric Anthony Lynch,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 49 |
| | : | |
| vs. | : | |
| | : | |
| **Cintas Corporation No. 2,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below\*.

Executed on: December 12, 2025        By: /s/ Caitlyn Campbell
                                                               Caitlyn Campbell, HEAD PARALEGAL
                                                               FOSTER LAW OFFICES
                                                               1210 Park Avenue
                                                               Meadville, PA 16335
                                                               Tel 814.724.1165
                                                               Fax 814.724.1158

---

\*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**CINTAS CORPORATION NO. 2**
**6800 CINTAS BOULEVARD**
**CINCINNATI, OH 45262**