UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

09/02/2026

IN RE:

ERIC ANTHONY LYNCH
LINDSAY MARIE LYNCH
11287 ASHTON ROAD
NORTH EAST, PA 16428
XXX-XX-5100 Debtor(s)

XXX-XX-1397

Case No.23-10211

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/2/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK 73118 | COMMENT: EXETER FNC/PRAE | |
| **BROCK & SCOTT PLLC*** | Trustee Claim Number:2 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 3825 FORRESTGATE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| WINSTON SALEM, NC 27103 | COMMENT: FREEDOM MORT/PRAE | |
| **EXETER FINANCE LLC**** | Trustee Claim Number:3 INT %: 10.00% | CRED DESC: VEHICLE |
| PO BOX 650693 | Court Claim Number:3-2 | ACCOUNT NO.: 5477 |
| | CLAIM: 24,440.46 | |
| DALLAS, TX 75265 | COMMENT: $@10%/STIP OE-PL-CL*DK!*AMD*W/16 | |
| **FREEDOM CREDIT UNION** | Trustee Claim Number:4 INT %: 4.00% | CRED DESC: VEHICLE |
| 626 JACKSONVILLE RD STE 250 | Court Claim Number: | ACCOUNT NO.: 0200 |
| CENTER POINTE OFFICE CENTER | | |
| | CLAIM: 12,838.00 | |
| WARMINSTER, PA 18974-4862 | COMMENT: $@4%/PL | |
| **FREEDOM MORTGAGE CORPORATION** | Trustee Claim Number:5 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| ATTN BANKRUPTCY DEPT-PAYMENT PROCESSII | Court Claim Number:8-2 | ACCOUNT NO.: 2699 |
| 11988 EXIT 5 PKWY BLDG 4 | | |
| | CLAIM: 0.00 | |
| FISHERS, IN 46037-7939 | COMMENT: PMT/DECL-PL*DKT4LMT*BGN 5/23*AMD | |
| **IC SYSTEM INC++** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 444 HIGHWAY 96 E | Court Claim Number: | ACCOUNT NO.: 3373 |
| POB 64378 | | |
| | CLAIM: 0.00 | |
| ST PAUL, MN 55164 | COMMENT: AES~CORRY MMRL/SCH | |
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: 4405 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR/SCH | |
| **CITIZENS BANK NA** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:7 | ACCOUNT NO.: 8022 |
| | CLAIM: 9,743.43 | |
| JOHNSTON, RI 02919 | COMMENT: FIRSTMARK | |
| **DISCOVER BANK(*)** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:4 | ACCOUNT NO.: 0400 |
| PO BOX 3025 | | |
| | CLAIM: 3,636.89 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |
| **FIRSTMARK SERVICES** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 82522 | Court Claim Number: | ACCOUNT NO.: 8022 |
| | CLAIM: 0.00 | |
| LINCOLN, NE 68501 | COMMENT: | |

**CLAIM RECORDS**

**PENELEC/FIRST ENERGY****
101 CRAWFORDS CORNER RD BLDG #1 STE 1-5
PO BOX 367
HOLMDEL, NJ 07733
Trustee Claim Number:11 INT %: 0.00%
Court Claim Number:5
CLAIM: 2,834.12
COMMENT:
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 8959

**LVNV FUNDING LLC**
C/O RESURGENT CAPITAL SVCS
PO BOX 10587
GREENVILLE, SC 29603-0587
Trustee Claim Number:12 INT %: 0.00%
Court Claim Number:2
CLAIM: 627.09
COMMENT: CAP 1
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 3899

**LVNV FUNDING LLC**
C/O RESURGENT CAPITAL SVCS
PO BOX 10587
GREENVILLE, SC 29603-0587
Trustee Claim Number:13 INT %: 0.00%
Court Claim Number:1
CLAIM: 416.17
COMMENT: CAP 1
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 9432

**SALLIE MAE**
ATTN CLAIMS DEPARTMENT
PO BOX 9500
WILKES-BARRE, PA 18773
Trustee Claim Number:14 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT:
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1217

**VELOCITY CREDIT UNION**
PO BOX 1089
AUSTIN, TX 78767
Trustee Claim Number:15 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: REPO/SCH
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 7974

**EXETER FINANCE LLC****
PO BOX 650693
DALLAS, TX 75265
Trustee Claim Number:16 INT %: 0.00%
Court Claim Number:3-2
CLAIM: 0.00
COMMENT: PIF@3/OE*AMD*W/3*CL=662.92
CRED DESC: VEHICLE
ACCOUNT NO.: 5477

**MORTON & CRAIG LLC**
110 MARTER AVE STE 301
MOORESTOWN, NJ 08057
Trustee Claim Number:17 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: EXETER FNC/PRAE
CRED DESC: NOTICE ONLY
ACCOUNT NO.:

**VERIZON BY AMERICAN INFOSOURCE - AGENT**
PO BOX 661380
DALLAS, TX 75266-1380
Trustee Claim Number:18 INT %: 0.00%
Court Claim Number:6
CLAIM: 161.22
COMMENT: NT/SCH*2020 DEBT*9/21 CHG OFF
CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 0001

**FREEDOM MORTGAGE CORPORATION**
ATTN BANKRUPTCY DEPT-PAYMENT PROCESSII
11988 EXIT 5 PKWY BLDG 4
FISHERS, IN 46037-7939
Trustee Claim Number:19 INT %: 0.00%
Court Claim Number:8-2
CLAIM: 1,754.68
COMMENT: $/CL-PL*THRU 4/23*AMD
CRED DESC: MORTGAGE ARR.
ACCOUNT NO.: 2699